Hall, Judge.
 

 — -Wi'hoaf examining into Hie question which the demurrer p-vsed'-;, viz: whether the Plaintiffs are volunteers, and how far this Court will aid them by setting aside die division of the slaves,, according to ¡he praye'* of the bill, the case ¡noy, and 1 think ought, to he decided upon the circumstance* which preceded the execution of the deed, and those which were ciuempora-ncous with it.
 

 Ilis Honor then recapitulated the testimony of the attesting witness. as above stated, and proceeded :
 

 it is to carry into effect a deed of gift thus obtained, that the present bill is filed. It does not appear to me, that i!h? free assent of the grantor was given to the exe-
 
 *398
 
 cation of the deed. It ivas more the offspring of her-feelings, than of her understanding. The Plaintiff is at liberty to use it at law, if it will be of any avail to him there. But a Court of Equity cannot grant him any relief, without transcending those limits which for ages it has professed, to be governed by.
 

 Per Curiam.
 

 — Let the bill.be.dismissed with costs..